UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SALLIE CAPUTI-RICHARDS,

                       Plaintiff,

   -against-                                       22 **CIVIL** 6409 (JLR)

                                                   **DEFAULT JUDGMENT**

CHUCK'S VINTAGE, INC. and VINCENT
CAMMARATA,

                       Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 1, 2023, the Court has adopted the Report in its entirety and Plaintiff's motion for default judgment is GRANTED. Default judgment is entered against Defendant Chuck's Vintage, Inc. and in favor of Plaintiff Sallie Caputi-Richards in the total amount of $38,449.18, plus interest at a rate of $4.07 per day from February 9, 2022 until the date judgment is entered, in the amount of $333.74. If the judgment is not entirely paid within 90 days of judgment, or 90 days after the expiration of appeal, whichever is later, and no appeal is pending, then the total amount of judgment shall automatically increase by 15 percent. The lack of any timely objections, in light of the clear notice provided in the Report, precludes appellate review of this decision. See Frank, 968 F.2d at 300; Lee, 473 F. Supp. 2d at 436.

**Dated:**  New York, New York

      May 1, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**   *K. Mango*

                                                        **Deputy Clerk**